IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 JUL 11 PM 2:26

| | |
|---|---|
| DIAMOND 6S MANAGEMENT, LLC D/B/A ECOBOX; DIAMOND 6S MANUFACTURING, LLC <br><br> PLAINTIFFS, <br><br> V. <br><br> VICTORY PACKAGING, L.P.; AND VICTORY PACKAGING MANAGEMENT LLC <br><br> DEFENDANTS. | § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 1:16-CV-272-SS |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

This Court, having considered Plaintiffs Diamond 6S Management, LLC d/b/a Ecobox and Diamond 6S Manufacturing, LLC's (collectively, "*Plaintiffs*") Motion to Dismiss on all claims against Defendants Victory Packaging, L.P. and Victory Packaging Management LLC (collectively, "*Defendants*") without prejudice, and having considered all other matters properly before the Court, hereby

ORDERS, ADJUDGES, AND DECREES that all claims asserted by Plaintiffs against Defendants are dismissed, and

FURTHER ORDERS, ADJUDGES, AND DECREES that the above-captioned lawsuit is dismissed without prejudice.

IT IS SO ORDERED.

SIGNED this 28th day of June, 2016.

                                               _____
                                                      PRESIDING JUDGE